

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| In Re: Purported Mechanical and Materialman's Lien Claim of Lien Against Pellicano Business Park, L.L.C., | § | No. 08-16-00291-CV |
|  | § | Appeal from the |
| Appellant. | § | County Court at Law No. 7 |
|  | § | of El Paso County, Texas |
|  | § | (TC# 2012-DCV06341) |
|  | § |  |

**O R D E R**

Appellant, Rosa Serrano, has filed a motion to recuse the Court in the above-styled and numbered appeal. She also requests that we transfer the appeal to the Third Court of Appeals in Austin, Texas. The basis for the motion is that the Court denied Appellant's petition for writ of habeas corpus in cause number 08-17-00044-CV, styled *In re Rosa Serrano*. Appellant's motion is DENIED.

IT IS SO ORDERED this 24th day of October, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ